VENABLE LLP
Ralph A. Dengler (Admitted *Pro Hac Vice*)
RADengler@Venable.com
Rockefeller Center
1270 Avenue of the Americas
The Twenty-Fourth Floor
New York, NY 10020
Telephone:     (212) 503-0655
Facsimile:     (212) 307-5598

Thomas E. Wallerstein (SBN 232086)
TWallerstein@Venable.com
Kimberly Culp (SBN 238839)
KCulp@Venable.com
Spear Tower, 40th Floor
One Market Plaza
1 Market Street
San Francisco, California  94105
Telephone:     (415) 653-3750
Facsimile:     (415) 653-3755

*Attorneys for NOBELBIZ, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NOBELBIZ, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>FIVE9, INC.,<br><br>                    Defendant. | CASE NO. 13-01846 YGR<br><br>RELATED CASES:<br> CV 13-01773 YGR<br><br><br>[PROPOSED] **ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEYS** |
| NOBELBIZ, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>LIVEVOX, INC.,<br><br>                    Defendant. | First Action Filed:  April 2, 2012<br>Action Transferred:  April 23, 2013<br>Trial Date:              None set |

1 **[PROPOSED] ORDER**

Having considered NobelBiz, Inc.'s Notice Of Appearance Of Attorneys and Withdrawal Of Attorneys; Notice Of Change Of Contact Information For Ralph A. Dengler Counsel For NobelBiz, Inc., filed on May 29, 2014, and good cause appearing therefore

IT IS HEREBY ORDERED THAT the following counsel are withdrawn from the case:

**Coblentz Patch Duffy & Bass LLP**
 Jeffrey G. Knowles; and
 Julia D. Greer

**Gibbons P.C.**
 Andrew Peter MacArthur;
 Charles H. Chevalier;
 Todd M. Nosher; and
 William A. Hector

**Capshaw DeRieux, LLP**
 Daymon Jeffrey Rambin;
 Elizabeth DeRieux; and
 Sidney Calvin Capshaw

All further pleadings, notices, orders, and other papers relating to the above-captioned matter should be served upon:

 Ralph A. Dengler (Admitted *Pro Hac Vice*)
 Venable LLP
 Rockefeller Center
 1270 Avenue of the Americas
 The Twenty-Fourth Floor
 New York, NY 10020
 Tel: 212-503-0655, Fax: 212-307-5598

 Thomas E. Wallerstein
 Kimberly I. Culp Cloyd
 Venable LLP
 Spear Tower, 40th Floor
 1 Market Street
 San Francisco, CA 94105
 Tel: 415-653-3750, Fax: 415-653-3755

IT IS SO ORDERED.

Date: June 2, 2014

By: _____
 Hon. Yvonne Gonzalez Rogers
 United States District Court Judge