VENABLE LLP
Ralph A. Dengler (Admitted Pro Hac Vice)
RADengler@Venable.com
Andrew P. MacArthur (Admitted Pro Hac Vice)
APMacArthur@Venable.com
Rockefeller Center
1270 Avenue of the Americas
Twenty-Fourth Floor
New York, NY 10020
Telephone: (212) 503-0655
Facsimile: (212) 307-5598

Thomas E. Wallerstein (SBN 232086)
TWallerstein@Venable.com
Kimberly Culp (SBN 238839)
KCulp@Venable.com
William A. Hector (SBN 298490)
WAHector@Venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone: (415) 653-3750
Facsimile: (415) 653-3755

*Attorneys for plaintiff NOBELBIZ, INC.*

GRANTED
Judge Yvonne Gonzalez Rogers
12/6/2017

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| NOBELBIZ, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIVE9, INC.<br><br>　　　　　Defendant. | CASE NO. 13-cv-01846-YGR<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL**<br><br>First Action Filed: April 3, 2012<br>Action Transferred: April 18, 2013<br>Trial Date: November 5, 2018 |

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

**NOTICE TO THE COURT AND THE COURT CLERK:**

Plaintiff NobelBiz, Inc. and Defendant Five9, Inc. respectfully notify the Court (pursuant to the Court's Standing Order in Civil Cases, ¶14) that a settlement of the above-captioned matter has been reached and hereby request this action be dismissed with prejudice and closed, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: December 4, 2017        VENABLE LLP

*/s/ Ralph A. Dengler*
Ralph A. Dengler
Andrew P. MacArthur
William A. Hector
Counsel for plaintiff NobelBiz, Inc.

RUYAK CHERIAN LLP

*/s/ Robert M. Harkins*
Robert M. Harkins
Counsel for defendant Five9, Inc.

**Attestation Regarding Signatures**

I, William A. Hector, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: December 4, 2017        VENABLE LLP

By:   */s/ William A. Hector*
        William A. Hector

Attorney for plaintiff NobelBiz, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2017, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ William A. Hector*
William A. Hector